1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9

Eric Muhammad,

No. CV-22-02024-PHX-SMB

10

Plaintiff,

**ORDER**

11

v.

12

Transunion Consumer Solutions, et al.,

13

Defendants.

14
15

THIS MATTER is before the Court on Experian Information Solutions, Inc.'s

16

Motion to Withdraw its Motion for a More Definite Statement (Doc. 17).  The Court has

17

considered the Motion to Withdraw, and for good cause shown,

18

**IT IS HEREBY ORDERED** the Motion is **GRANTED**.  The Motion for a More

19

Definite Statement (Doc. 14) is withdrawn.

20

Dated this 28th day of December, 2022.

21
22
23

_____
Honorable Susan M. Brnovich
United States District Judge

24
25
26
27
28